# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 1, 2024

## NO. 03-23-00800-CV

**Tina Carloni, Appellant**

**v.**

**Jeffrey Shields, Appellee**

## APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND KELLY
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER

This is an appeal from the final judgment signed by the trial court on August 29, 2023. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.